***E-FILED - 3/31/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EARNEST SANDOVAL NAJERA, | ) | No. C 06-4417 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| ROSEANNE CAMPBELL, Warden, | ) | |
| Respondent. | ) | |

The court has granted respondent's motion to dismiss the instant petition as untimely pursuant to 28 U.S.C. § 2244(d)(1). Therefore, judgment is entered in favor of respondent. Petitioner shall take nothing by way of his petition. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 3/31/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.06\Najera417jud.wpd               1