*E-FILED - 5/29/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST SANDOVAL NAJERA,<br><br>        Petitioner,<br><br>  vs.<br><br>ROSEANNE CAMPBELL, Warden,<br><br>        Respondent. | No. C 06-4417 RMW (PR)<br><br>ORDER DENYING CERTIFICATE OF APPEALABILITY; GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL; DENYING APPOINTMENT OF COUNSEL<br><br>(Docket Nos. 13 & 14) |

      Petitioner, a state prisoner proceeding pro se, filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The court granted respondent's motion to dismiss the petition.  Petitioner has filed a notice of appeal, which the court construes as including a request for a certificate of appealability pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b).  Petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling."  Slack v. McDaniel, 529 U.S. 473, 484 (2000).  Accordingly, the request for a certificate of appealability is DENIED.

      Because the appeal is taken in good faith and because of petitioner's lack of funds, see 28 U.S.C. § 1915(a)(3), petitioner's request to appeal in forma pauperis is hereby

1  GRANTED. Petitioner's request for appointment of counsel on appeal is DENIED
2  without prejudice to petitioner's requesting such appointment in the Court of Appeals.
3       This order terminates Docket Nos. 13 & 14.
4       IT IS SO ORDERED.
5  DATED: __5/29/08_____

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge